UNITED STATES of America ex rel. Charles Manuel BONACHEA, also Known as Charles Bonachea, and William Spencer, for a Writ of Habeas Corpus, Relator-Appellee, v. Edward CORSI, United States Commissioner of Immigration, at the Port of New York, Respondent-Appellant.

No. 237.

Circuit Court of Appeals, Second Circuit.
Dec. 18, 1933.

Thomas E. Dewey, U. S. Atty., of New York City (Ralph E. Stone, of Mt. Kisco, N. Y., of counsel), for appellant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed on authority of United States ex rel. Anthony Volpe v. Smith, 289 U. S. 422, 53 S. Ct. 665, 77 L. Ed. 1298.